IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Porter, Robert H | Case Number: 07 B 03639 |
| | Judge: Squires, John H |
| Printed: 4/29/08 | Filed: 3/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 19, 2008
Confirmed: May 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,041.00 | |
| Secured: | | 5,135.78 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,525.00 |
| Trustee Fee: | | 380.22 |
| Other Funds: | | 0.00 |
| Totals: | 7,041.00 | 7,041.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jennifer A Blanc Douge | Administrative | 1,525.00 | 1,525.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 4. | Village of Maywood | Secured | 0.00 | 0.00 |
| 5. | Barclays Capital Real Estate | Secured | 4,615.30 | 0.00 |
| 6. | Wells Fargo Home Mortgage | Secured | 16,046.24 | 5,135.78 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,999.98 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 268.63 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 4,801.53 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 877.20 | 0.00 |
| 11. | American Express Travel Relate | Unsecured | 7,277.92 | 0.00 |
| 12. | Nicor Gas | Unsecured | 591.51 | 0.00 |
| 13. | Capital One | Unsecured | 774.68 | 0.00 |
| 14. | Citibank | Unsecured | | No Claim Filed |
| 15. | Heller Shapiro Frisone & Fereger | Unsecured | | No Claim Filed |
| 16. | LVNV Funding | Unsecured | | No Claim Filed |
| 17. | Nordstrom | Unsecured | | No Claim Filed |
| 18. | Verizon Wireless | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 38,777.99 | $ 6,660.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 380.22 |
| | _____ |
| | $ 380.22 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Porter, Robert H | Case Number:  07 B 03639 |
| | Judge:  Squires, John H |
| Printed:  4/29/08 | Filed:  3/1/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                      Marilyn O. Marshall, Trustee, by:

